# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the ~~MIDDLE~~ DISTRICT of GEORGIA

NORTHERN

Torrey Coleman

**1:18-CV-2171**

(Enter above full name of plaintiff or plaintiffs)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 14 2018
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

v.

Cobb County, Cobb County
Sheriff Department
Georgia Department of Corrections
Montgomery State Prison

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes ____ No ✓

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   No

   1. Parties to this ~~previous lawsuit~~ Current

      Plaintiffs: Torrey Coleman

      Defendants: Warden Chambers, Deputy Powell Montgo-
      -mery State Prison, See Attached Defendants

   2. Court (if federal court, name the district; if state court, name the county):
      _____

   3. Docket number: _____

   4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____  No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _____  No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district):

   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes __✓__ No _____

1. If your answer to C is yes, name the court and docket number for each case:

   Unknown

II. Place of present confinement: Montgomery State Prison

A. Is there a prisoner grievance procedure in this institution? Yes __✓__ No _____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes __✓__ No _____

C. If your answer to B is yes:

1. What steps did you take? I wrote Grievance* Deputy Warden instructed Mrs. Turner to not provide any Postmaster or Post inspector Addresses to me at the facility after it was discovered my mail had been tamped with. Also more retalliation is attached from Cobb County to Montgomery State Prison.

2. What was the result? Nothing! More acts were done to Secret and Conceal Unlawful acts at the expense of my Rights

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?    Yes ✓ No ___

If yes, what was the result? My Counsel is Barring Spitefully My right to appeal to protect his firm, Trial Judge A Gregory Poole and firm member Also the office of The Circuit Defender forged and falsified record to be My Counsel See Exhibits #20 and 21.

D. If you did not utilize the prison grievance procedure, explain why not: _____

## IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Cobb County, Cobb County Police
   Address: Department 100 Cherokee Street, Marietta Georgia Smokestack Smokestack Defendants Torrey Coleman PO BOX 256, MT. Vernon, GA. 30445.

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Cobb County Administration
   Position: Cobb County Police Department
   Place of employment: Richard Craven II
   Current address: 100 Cherokee Street Marietta Georgia 30090, 2331 Inverwood Drive Acworth GA. 30101

C. Additional defendants: See attached list

Torrey Coleman

Plaintiff Petitioner
PO BOX 256
Mt Vernon
Georgia 30445

| Defendants: | Address |
|---|---|
| Cobb County | 100 Cherokee Street Marietta, Ga 30090 |
| John Pursley | 70 Haynes Street Marietta, Ga 30090 |
| A. Gregory Poole | 70 Haynes Street Marietta, Ga 30090 |
| Shepard Orlow | 70 Haynes Street Marietta, Ga 30090 |
| Officer Spiker | PO BOX 100110 Marietta, GA 30060 |
| Deputy Iager | PO BOX 100110 Marietta GA 30060 |
| Randy Harris | 12 E Park Square, Marietta, Ga 30090 |
| Lt/Mj. Heather Hunter | PO BOX 100110 Marietta, Ga 30060 |
| Deputy Marco Cabrera | PO BOX 100110 Marietta, GA 30060 |
| Deputy Puri | PO BOX 100110 Marietta, GA 30060 |
| Phillip P. Taylor | 70 Haynes Street Marietta, Ga, 30090 |
| Thomas E Griner | 231 Washington Avenue Marietta, Ga, 30060 |
| Charles Engelberger | 275 Washington Avenue Marietta, GA, 30060 |
| Kevin Rodgers | 3939 Atlanta Road, Smyrna GA, 30080 |
| John Hilderbrand | 234 W. Dixie Avenue, Marietta, Ga 30008 |
| Sergeant Vann | PO BOX 100110 Marietta GA 30060 |
| Sergeant C. Williams | PO BOX 100110 Marietta GA 30060 |
| Ralph Lomosciuo | 32 Waddell St. Marietta, Ga, 30090 |
| Austin Ghram | 32 Waddell St. Marietta, GA, 30090 |
| Taivia Crittenden | 32 Waddell St. Marietta, GA, 30090 |
| Sheriff Neil Warren | PO Box 100110 Marietta, GA, 30090 |
| Major Williams | P.O. BOX 100110 Marietta, GA, 30060 |
| Colonel Prince | P.O. BOX 100110 Marietta, GA 30060 |
| Lieutenant Brackett | P.O. BOX 100110 Marietta, GA 30060 |

## V. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The attached Memorandum "Show and Explain" with attached Supporting documented evidence of Civil right Violations. Where I am blocked by Counsel Appointed, Wishing to Conceal and hide Wrongdoings of Cobb County Officials falsified, forging records of the Public at the expense of my Civil rights. Exhibit #A3 is a Corrospondence from my appointed appellate Counsel who is failing to raise my issues where there exist rellevant evidence of Fraud. Exhibit #A is an earlier letter To Prevent the Allegations and Evidence of this Claim to aid in no defense for my appeal. My Counsel is deliberately ineffective Where I am represented by Cobb County Circuit Defender's office Where the Memorandum Supported with Evidence my Claims are True and Correct. I have also Provided more Evidence of my Current Prison I am residing Where The deputies are Clearly Shown to destroy and Obstruct My Mail and Deputy Warden Chambers orders the Law Librarian not to Provide The Post masters address and Post inspector's address to me. I am being denied Access to this Court Where None wants to file the Pauperis reciept for this Complaint. My Habeas Corpus Complaint I attached Pauperis Affidavit with account info.

VI.  Relief

    State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Seek relief from imprisonment where I have been false imprisoned. I wish To Have an Appointed Counsel and this Court to Proceed interlocatory. When the Evidence is Material facts Showing my Constitutional Rights have been Violated. No resonable Citizen Would overlook this matter based on the Evidence attached which Supports my allegations and Claims. I want the federal investigators to look into this matter to see if any other Citizens Suffered by this misconduct. I have notified the postmaster General but ask this Court to Provide the same recromedation. The Showing of these Supported facts Proves Prima-facie Where the documents Show's I was Wrongfully imprisoned and State actors are attempting to Secret And Conceal the error at the expense of my rights. I want my freedom Immediately and Seeks Partial relief and Preserve my right To be Compensated. See Attached Memorandum

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __May__, __2018__

Prisoner No. __1083079__                    __Torrey Coleman__
                                                            (Signature of Plaintiff)

## INSTRUCTIONS FOR FILING COMPLAINTS BY PRISONERS
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
### in the United States District Court for the Southern District of Georgia

This packet contains a complaint form and a form to be used by prisoners who seek to proceed without prepayment of the filing fee. The Clerk will not file your complaint unless it conforms to these instructions and to these forms.

1. To start an action in this Court, you must complete and file the attached "FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983." The completed form becomes your complaint. The complaint must be legibly handwritten or typed. Each plaintiff must sign and swear to the complaint.

2. You must file the original of the complaint, an additional copy for the Court, and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your records. **All copies of the complaint must be identical to the original.** If you do not have access to photocopying, you must provide carbon copies or produce additional copies by hand. Four copies of the complaint form are included in this packet; additional copies may be obtained from the officials at the institution where you are confined or directly from the Clerk of this Court.

3. Your complaint can be brought in this Court only if one or more of the named defendants is located within this district or a substantial part of the events or omissions giving rise to the claim occurred in this district. The counties comprising this district include Appling, Atkinson, Bacon, Brantley, Bryan, Bulloch, Burke, Camden, Candler, Charlton, Chatham, Coffee, Columbia, Dodge, Effingham, Emanuel, Evans, Glascock, Glynn, Jeff Davis, Jefferson, Jenkins, Johnson, Laurens, Liberty, Lincoln, Long, McDuffie, McIntosh, Montgomery, Pierce, Richmond, Screven, Taliaferro, Tattnall, Telfair, Toombs, Treutlen, Ware, Warren, Wayne, Wheeler, and Wilkes counties in Georgia.

4. You must file a separate complaint for each claim unless they all relate to the same incident or issue.

5. You must state the facts which support your claim. **The complaint should not contain legal arguments or citations.**